UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-101 (LMP/DJF)

United States of America,

Plaintiff,

v.                                                    **ORDER FOR APPOINTMENT**
**OF COUNSEL**

Deborah Hodges,

Defendant.

The Court has determined that the defendant in the above matter is financially

unable to employ counsel and finds that it is in the interest of justice that counsel be

assigned.

IT IS HEREBY ORDERED that Aaron Morrison, Assistant Federal Defender, and

the Office of the Federal Defender is appointed pursuant to 18 U.S.C. § 3006A.

Dated: May 22, 2026                          *s/Dulce J. Foster*
                                             Honorable Dulce J. Foster
                                             United States Magistrate Court Judge