UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-CR-101 (LMP/DJF) |
| | ) | |
| v.                 Plaintiff, | ) | |
| | ) | **MS. HODGES MOTION TO REQUEST** |
| DEBORAH HODGES, | ) | **TRAVEL AUTHORIZATION** |
| | ) | |
| Defendant. | ) | |

Deborah Hodges, through her attorney, Aaron Morrison, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Ms. Hodges is not in custody and is ordered to appear in the District of Minnesota at Minneapolis for an Initial Appearance to be held on June 4, 2026, at 1:30 p.m.   She is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds.   The undersigned was appointed to represent Ms. Hodges on May 22, 2026.   (ECF No. 4).

2

Dated:    May 22, 2026

Respectfully submitted,

*s/ Aaron J. Morrison*

AARON J. MORRISON
Attorney ID No. 0341241
Attorney for Ms. Hodges
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415