## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA

      v.

ANTHONY WADDELL JEFERSON, ET AL.

Criminal No. 25-483 (PJS)

_____

UNITED STATES OF AMERICA

      v.

CANDICE LANGLEY

Criminal No. 26-93 (PJS)

_____

UNITED STATES OF AMERICA

      v.

CYNTHIA ALLEN

Criminal No. 26-94 (PJS)

_____

UNITED STATES OF AMERICA

      v.

DEBORAH HODGES

Criminal No. 26-101 (LMP/DJF)

_____

### NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court that the above-captioned cases are possibly related for the following reasons:

■    The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme, or plan;

■    The cases all arise out of the same or related investigations and have temporal

proximity;

■ A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed; and

■ The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: May 22, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Matthew C. Murphy*
BY: MATTHEW C. MURPHY
Assistant United States Attorneys