AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

<div style="float:right">

**RECEIVED**

**JUN 02 2026**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

</div>

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Deborah Hodges | ) |
| c/o Aaron Morrison | ) Case No. 26-cr-101 LMP/DJF |
| Office of the Federal Defender | ) |
| 300 South Fourth Street, Ste. 107 | ) |
| Minneapolis, MN 55415 | ) |
| *Defendant* | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information [ ] Complaint

[ ] Pretrial Violation Petition [ ] Probation Violation Petition [ ] Supervised Release Violation Petition

[ ] Violation Notice [ ] Order of Court

| Place: Diana E. Murphy U.S. Courthouse 300 South Fourth Street Minneapolis, MN 55415 | Courtroom No.: 9E |
|---|---|
| | Before: Magistrate Judge Elsa M. Bullard |
| | Date and Time: June 4, 2026, at 1:30 p.m. |

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Health Care Fraud, 18:1349
Counts 2-5: Health Care Fraud, 18:1347 and 2

Date:      05/21/2026

*Issuing officer's signature*
~~Fogarty~~ *M.* Fogarty
Kate M. Fogarty, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

[X] Executed and returned this summons          [ ] Returned this summons unexecuted

Date:      6-2-2026

*Server's signature*

T. Leury    DUSM
*Printed name and title*



AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 26-cr-101 LMP/DJF

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
(Not for Public Disclosure)**

## INFORMATION FOR SERVICE

Name of defendant/offender:    Deborah  Hodges

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)*    6-2-2026 .

☐ I personally served the summons on this defendant                                                 at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)*   Ladonna Thomas Assistant, Para Legal,
who is authorized to receive service of process on behalf of *(name of organization)*   Debra  Federall
Hodges                                on *(date)*  6-2-2026    and I mailed a copy to   Defender.
the organizations's last known address within the district or to its principal place of business elsewhere in the   office
United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned:   6-2-2026

_____
*Server's signature*

J. Lewey  / DUSM
*Printed name and title*

Remarks: