**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELSA M. BULLARD |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-cr-101 (PJS/DJF) |
| | ) | Date: June 4, 2026 |
| Deborah Hodges, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9E |
| Defendant, | ) | Time Commenced: 2:19 p.m. |
| | ) | Time Concluded: 2:25 p.m. |
| | ) | Time in Court: 6 Minutes |

APPEARANCES:

Plaintiff:     Grayson Feist, Assistant U.S. Attorney
Defendant:     Aaron Morrison, Assistant Federal Defender
        X FPD


Date Charges Filed: May 20, 2026     Offense: Conspiracy to commit health care fraud; Health care fraud; Aiding and abetting.


        X Advised of Rights

on     X Indictment


X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.


X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.


        s/gep
        Signature of Courtroom Deputy