UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                    Case No:   26-cr-101 (PJS/DJF)

      Plaintiff,

v.

                                      **Brady Obligation Order**

Deborah Hodges,

      Defendant.

_____

Pursuant to the Due Process Protections Act  the  Court confirms the United States' obligation to disclose to the defendant  all exculpatory evidence-that  is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.   Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: June 4, 2026                                          *s/Elsa M. Bullard*
                                                Elsa M. Bullard
                                                U.S. Magistrate Judge