UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-cr-101 (PJS/DJF)

v.

**PROTECTIVE ORDER**

DEBORAH HODGES,

Defendant.

This matter is before the Court on the government's Motion for Protective Order Governing Discovery ("Motion") (ECF No. 17).  The Motion (ECF No.17) is GRANTED as follows.

The Court has ordered the United States to make all disclosures required by Rule 16 of the Federal Rules of Criminal Procedure. Such disclosures include highly sensitive information, including bank and credit card records, tax records, and other documents and records containing personal financial information and personal identifiable information of parties and non-parties. The discovery also includes health care records, as well as evidence of physical and mental health diagnoses and heath care provider notes. The United States has shown good cause why the dissemination of these materials should be limited and defense counsel advised the Court by email that the Defendant does not oppose the Motion.

THEREFORE, it is hereby ORDERED pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, that "Protected Material" as defined below shall be held in strict confidentiality and used only in connection with the defense of the charges in this case, and for no other purpose. The Court further ORDERS as follows:

1.      "Protected Material" includes all information produced by the government in this case, except matters of public record, the defendant's own statements, criminal history information, and expert reports.

2.      Protected Material shall be held in strict confidentiality by defendant and defense counsel, shall not be disseminated beyond the defendant, defense counsel, and expert witnesses without further order of this Court, and may be used solely for purposes of this litigation.

3.      Defense counsel shall limit the making of copies of the Protected Material to those necessary to their activities as counsel to the defendant in this action.

4.      All individuals having access to Protected Materials, including the defendant and any expert witnesses retained by the defendant, shall be informed of the terms of the Protective Order prior to disclosure.

5.      Use of the Protected Material covered by this Protective Order for any purpose other than the instant litigation shall be deemed a violation of this Order subjecting the defendant and his counsel to sanctions.

6.      Any filings with the Court that contain Protected Material shall first be redacted pursuant to Fed. R. Crim. P. 49.1 or, if not redacted, then filed under seal in accordance with the Court's sealing rules and applicable filing procedures.

7.      Any documents or other materials containing Protected Material, and all copies of them, must be destroyed or returned to the Government within sixty (60) days of the conclusion of this litigation, including appeals, except that the District of Minnesota Office of the Federal Defender may securely retain a copy of all discovery materials, including Protected Material, for any time period consistent with its records retention policy.

3

8.      Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

SO ORDERED.

Dated: June 12, 2026                    *s/ Dulce J. Foster*
                                        Dulce J. Foster
                                        United States Magistrate Judge