UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-CR-101 (PJS/DJF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEBORAH HODGES' MOTION FOR** |
| | ) | **CONTINUANCE OF MOTION** |
| DEBORAH HODGES, | ) | **FILING DATE AND MOTION** |
| | ) | **HEARING** |
| Defendant. | ) | |

Defendant, Deborah Hodges, by and through her attorney, Aaron Morrison, hereby respectfully moves the Court for a continuance of the presently set date for the filing of motions, July 9, 2026, and the motion hearing date of July 31, 2026, on the following grounds: The discovery in this case is voluminous. Counsel needs additional time to review discovery and to consult with Ms. Hodges.  Consultation with Ms. Hodges is further complicated by the fact that she lives in Philadelphia and travel to meet in person adds additional time constraints.

Pursuant to 18 U.S.C. §3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act.

Counsel for the Government does not object to continuing the matter.

For the above reasons, Counsel and Ms. Hodges are requesting the presently set motion filing date and motion hearing be continued for 30 days.

Dated:    June 30, 2026.    Respectfully submitted,

*s/ Aaron J. Morrison*

AARON J. MORRISON
Attorney ID No. 0341241
Attorney for Ms. Hodges
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415