UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-101 (PJS/DJF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | Plaintiff, ) | **STATEMENT OF FACTS IN SUPPORT** |
| | ) | **OF EXCLUSION OF TIME UNDER THE** |
| DEBORAH HODGES, | ) | **SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Deborah Hodges, the defendant in this case, agree

to the following statement of facts in support of my motion to exclude time under the Speedy Trial

Act. I need additional time to review the discovery and consult with my attorney before we file

pretrial motions.

Based on the above facts, I request that the period-of-time between now until 30 days from

now be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge

of my rights under the Speedy Trial Act.

Dated: 6/30/2026

_____
DEBORAH HODGES
Defendant

Dated: 6/20/2020

_____
AARON MORRISON
Attorney ID No: 0341241
Attorney for Ms. Hodges
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415