**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

             Plaintiff,

v.

Deborah Hodges,

             Defendant.

Case No: 26-cr-0101 (PJS/DJF)

**ORDER ON DEFENDANT's**
**MOTION FOR CONTINUANCE**
**OF MOTION FILING DATE AND**
**MOTION HEARING**

This matter is before the Court on Defendant Deborah Hodges' Motion for Continuance of Motion Filing Date and Motion Hearing (ECF No. 20) ("Motion"). The Motion seeks to extend the July 9, 2026 pretrial motions deadline, continue the motions hearing for an additional 30 days, and exclude time from the Speedy Trial Act calculations in this case. As grounds for the requested continuance, defense counsel states discovery is voluminous and additional time is needed to review discovery and consult with Ms. Hodges, who resides in Philadelphia. The government does not oppose the request for a continuance. The Court has reviewed the Motion (ECF No. 20) and the Statement of Facts (ECF No. 21) finds good cause for a continuance.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 20) is **GRANTED** as follows:

1.    Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **August 10, 2026**.

2.    **Counsel must electronically file a letter on or before August 10, 2026, if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **August 24, 2026**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **August 27, 2026**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing currently scheduled for **July 31, 2026 at 9:30 a.m.** is **CANCELED**.

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

   a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **September 2, 2026 at 9:30 a.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

8. Trial and trial-related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from **July 9, 2026,** the prior motions deadline, through **August 10, 2026,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated: July 1, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

2