*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

ROBERT MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
MADDY BULLARD
HEATHER RYSGAARD
Assistant Defenders

October 09, 2026

VIA CM/ECF

The Honorable Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE: United States v. Deborah Hodges
Case No.: 26-cr-101 (PJS/DJF)

Dear Magistrate Judge Foster:

On behalf of Deborah Hodges, I write to notify the Court I will not be filing pre-trial motions.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*s/ Aaron Morrison*

Aaron Morrison
Assistant Federal Defender

AM/dt

cc: Brant Cook, AUSA